ROBERT L. EISENBACH, Respondent, *v.* GIMBEL BROS.,
INC., Appellant and Respondent, and CHAS. WISSMAN
Co., INC., Appellant and Respondent, and JOHN J.
FELIN & Co., Appellant.

Submitted April 3, 1939; decided April 11, 1939.

*Eugene L. Bondy* for motion.
*Thomas F. Keane* opposed.

Motion denied, with leave to renew on argument of
appeal.